# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  
    MICHAEL A ROCHELLE  
    KARLA J ROCHELLE  
        Debtor(s)

Case No. 12-38846

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/29/2012.

2) The plan was confirmed on 12/20/2012.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was dismissed on 11/20/2014.

6) Number of months from filing to last payment: 26.

7) Number of months case was pending: 29.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: $3,595.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---|
| Total paid by or on behalf of the debtor | $20,980.00 |
| Less amount refunded to debtor | $1,463.85 |

**NET RECEIPTS:** $19,516.15

**Expenses of Administration:**

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $881.17 |
| Other | $42.50 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,423.67

Attorney fees paid and disclosed by debtor:     $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ACA RECOVERY INC | Unsecured | 414.00 | NA | NA | 0.00 | 0.00 |
| ADVANCED MEDICAL IMAGING CEN | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 622.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 591.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE TRINITY HOSPITAL | Unsecured | 470.00 | NA | NA | 0.00 | 0.00 |
| BURNHAM PARK ANIMAL HOSPITAL | Unsecured | 140.37 | NA | NA | 0.00 | 0.00 |
| CashCall | Unsecured | 1,242.69 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SEERVICES INC | Unsecured | 424.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 100.00 | 1,073.60 | 1,073.60 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Unsecured | 700.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| CITY OF CHICAGO WATER DEPT | Secured | 700.00 | 282.28 | 282.28 | 210.13 | 0.00 |
| COFACE COLLECTIONS OF NORTH A | Unsecured | 85.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 800.00 | 764.60 | 764.60 | 0.00 | 0.00 |
| Devon FInancial | Unsecured | NA | 1,134.87 | 1,134.87 | 0.00 | 0.00 |
| DR NARESH UPADHYAY | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| DUPAGE COUNTY CIRCUIT | Unsecured | 230.00 | NA | NA | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | 1,134.87 | 1,120.00 | 1,120.00 | 0.00 | 0.00 |
| GALWAY FINANCIAL SERVICES LLC | Unsecured | NA | 1,020.00 | 1,020.00 | 0.00 | 0.00 |
| HELLER & FRISONE | Unsecured | 260.63 | NA | NA | 0.00 | 0.00 |
| HSBC | Unsecured | 873.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 856.00 | 2,458.00 | 2,458.00 | 0.00 | 0.00 |
| ILLINOIS TOLLWAY AUTHORITY | Unsecured | 284.00 | NA | NA | 0.00 | 0.00 |
| IMAGINE MASTERCARD | Unsecured | 578.00 | NA | NA | 0.00 | 0.00 |
| JACK MARKS DDS | Unsecured | 260.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | NA | 1,042.50 | 1,042.50 | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Unsecured | NA | 0.00 | 414.85 | 0.00 | 0.00 |
| LIGHTHOUSE FINANCIAL GROUP | Secured | 1,341.75 | 1,756.60 | 1,341.75 | 499.23 | 66.74 |
| MAIN STREET ACQUISITIONS | Unsecured | 1,000.00 | 1,000.00 | 1,000.00 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 1,523.00 | 1,523.37 | 1,523.37 | 0.00 | 0.00 |
| MIDLAND FUNDING LLC | Unsecured | 2,941.00 | 2,940.63 | 2,940.63 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONARCH RECOVERY MANAGEME | Unsecured | 488.77 | NA | NA | 0.00 | 0.00 |
| NORTHLAND GROUP | Unsecured | 573.68 | NA | NA | 0.00 | 0.00 |
| PALISADES COLLECTIONS LLC | Unsecured | NA | 573.68 | 573.68 | 0.00 | 0.00 |
| PARRISH LAW FIRM PLLC | Unsecured | 4,287.00 | 4,498.08 | 4,498.08 | 0.00 | 0.00 |
| PENN CREDIT CORP | Unsecured | 43.41 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 400.49 | 196.07 | 196.07 | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 819.00 | 818.74 | 818.74 | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Unsecured | 489.00 | 488.77 | 488.77 | 0.00 | 0.00 |
| PROFESSIONAL COLLECTION CONSU | Unsecured | 820.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | NA | 319.97 | 319.97 | 0.00 | 0.00 |
| RISK MANAGEMENT SOLUTIONS | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| SALK MARKS MD | Unsecured | 323.00 | NA | NA | 0.00 | 0.00 |
| SALUTE VISA GOLD | Unsecured | 804.00 | NA | NA | 0.00 | 0.00 |
| SANTANDER CONSUMER USA | Secured | 20,000.00 | 22,636.17 | 22,636.17 | 12,650.35 | 1,666.03 |
| SANTANDER CONSUMER USA | Unsecured | 2,907.00 | NA | NA | 0.00 | 0.00 |
| SPEEDYCASH.COM | Unsecured | 241.00 | NA | NA | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 1,203.00 | 1,486.60 | 1,486.60 | 0.00 | 0.00 |
| ST IL TOLLWAY AUTHORITY | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| Stellar Recovery Inc | Unsecured | 608.03 | NA | NA | 0.00 | 0.00 |
| TCF NATIONAL BANK | Unsecured | 703.04 | NA | NA | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | 159,810.00 | 337,559.54 | 0.00 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Secured | NA | 7,390.00 | 0.00 | 0.00 | 0.00 |
| THE BANK OF NEW YORK MELLON | Unsecured | 181,008.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY ANESTHESIOLOGIST | Unsecured | 84.00 | NA | NA | 0.00 | 0.00 |
| UNIVERSITY PATHOLOGIST | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| US BANK NA | Unsecured | NA | 608.03 | 608.03 | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,977.92 | $13,149.58 | $1,732.77 |
| All Other Secured | $282.28 | $210.13 | $0.00 |
| **TOTAL SECURED:** | **$24,260.20** | **$13,359.71** | **$1,732.77** |
| **Priority Unsecured Payments**: | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY**: | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS**: | **$23,482.36** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
|---|---|
| Expenses of Administration | $4,423.67 |
| Disbursements to Creditors | $15,092.48 |
| **TOTAL DISBURSEMENTS** : | **$19,516.15** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 03/09/2015            By: /s/ Tom Vaughn
                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**